UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Criminal No. 08-CR-20180-DT
vs.　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
MICHAEL LEEROY PINGLETON,　　　　 )
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)
_____/

## ORDER

Pursuant to defendant's motion to continue deadline for filing of pretrial motions "Doc. 15" and by consent of the parties, the court hereby grants the motion and sets forth the following schedule for the filing of pretrial motions and the trial date in the above matter:

　　Pre-trial motion cutoff　　　　　　　　　　　　**June 9, 2008**
　　Final pretrial/negotiated guilty plea cutoff　**June 26, 2008 at 2:00 pm**
　　Trial schedule　　　　　　　　　　　　　　　　**July 7, 2008 at 9:00 a.m.**

The Court hereby finds that pursuant to 18 U.S.C. §3161, and in light of defense counsel's need to complete the review of the discovery and conduct further investigation, a continuance in this matter outweighs the best interests of the public in a speedy trial.

　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　S/Robert H. Cleland
　　　　　　　　　　　　　　　　　　　　　　ROBERT H. CLELAND
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: May 23, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2008, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522